IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT MOORE, on behalf of himself and**
Other entities and persons similarly situated                PLAINTIFFS

V.                              4:19CV00556 JM

**CITY OF LITTLE ROCK, et al,**                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 14th day of May, 2024.

_____
James M. Moody Jr
United States District